IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBINSON TORRES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 12-2358 |
| PRIME CARE MED, INC., et al. | : | |

### **ORDER**

AND NOW, this 21st day of September, 2012, the following motions are granted:

1. "Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)" (docket no. 21); and

2. "Motion to Dismiss if Defendants Dr. Victoria Gessner, Jennifer Mroz, and PrimeCare Medical, Inc." (docket no. 25)

Plaintiff's amended complaint is dismissed.  A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.